UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, by and through her next friend, JULIE DOE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| District of Columbia, *et al.*, | ) ) ) |
| Defendants. | ) ) |

C.A. No. 1:18-CV-2081 (ABJ)

**DEFENDANT DISTRICT OF COLUMBIA'S**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR, IN THE ALTERNATIVE**
**MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, by and through her next friend JULIE DOE, *et al.*,  )<br>)<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>)<br>*Defendants*.  )<br>)<br>_____ ) | Civil Action No. 1:18-cv-02181 |

### DECLARATION OF MICHAEL KRAINAK

I, MICHAEL KRAINAK, state that the following is true to the best of my knowledge, information, and belief:

1. I am competent to testify to the matters set forth herein and the information provided herein is based on personal knowledge, information, belief, and information provided to me from other employees in the District of Columbia Office of Risk Management (ORM).

2. I have been designated by the District of Columbia (the District), in my official capacity, to search for and report what claims were received as related to the above-captioned case.

3. I am the ORM General Counsel with oversight responsibility for the Tort Liability Division in the ORM. The Tort Liability Division receives, processes, and investigates potential claims against the District, pursuant to D.C. Code § 12-309 (2001 ed.). The ORM commenced receiving potential claims on January 15, 2004.

4. Receipt of written notice of claims against the District is forwarded directly to the Tort Liability Division for processing. When the Tort Liability Division receives notices of claims,

either from the Mayor's Office or directly, it records the receipt of such notice in its claims management system.

    5.    Claims previously handled by the Claims Unit for the Office of the Attorney General still under investigation as of January 15, 2004, were also transferred to the ORM and recorded in its claims management system.

    6.    I have caused to be conducted a diligent search of the records placed in the Risk Management system in the ORM for any written claim notices received from or on behalf of Jane Doe[1], related to the June 13, 2017 allegations of sexual assault occurring at Roosevelt High School in Washington D.C. against the District, as more fully described in the complaint filed in the above-captioned case.

    7.    My search revealed that on or about December 13, 2017, the Tort Liability Division received a notice of claim, dated December 13, 2017, from Julie Doe, as the mother of the minor child. The date of the incident was identified as June 13, 2017, and the location of the incident was provided. *See* Exhibit 1. Julie Doe described the incident as "sexual assault, interference w/ police investigation, Title IX failure, due diligence, etc....." She also indicated that the police failed to properly investigate the rape allegation. *Id.*

Pursuant to Super. Ct. Civ. R. 9-I, I declare under the under penalty of perjury that to my knowledge, information, and belief, the foregoing is true and correct.

Executed this 2nd day of November 2018

                                              Michael Krainak
                                              General Counsel
                                              ORM, Executive Office of the Mayor
                                              441 Fourth Street NW, Suite 800S
                                              Washington, DC 20001
                                              (202) 727-7805

---

[1] The name has been redacted and changed to Jane Doe to protect the identity of the plaintiffs and to comply with the Court's September 21, 2018 Order granting Plaintiffs' Motion to Proceed Under Pseudonym.

# EXHIBIT 1



**DISTRICT OF COLUMBIA GOVERNMENT**
**DC OFFICE OF RISK MANAGEMENT**
**Tort Liability Division**

Jed Ross
Chief Risk Officer

## CLAIM AGAINST THE GOVERNMENT OF THE DISTRICT OF COLUMBIA

PLEASE PRINT AND COMPLETE THE FOLLOWING QUESTIONS.

TYPE OR PRINT ALL INFORMATION CLEARLY

YOU MAY USE ADDITIONAL PAGES IF NECESSARY.

DC OFFICE OF RISK MGMT

REC'D DEC 18 '17 PM 2:56

### PERSONAL INJURY DAMAGE

#### 1-PERSONAL INFORMATION

Last Name of Claimant [redacted]    First Name [redacted]

Social Security # (optional)    Telephone

Fax#

*SSN or Tax ID not required to file a claim but required if payment is issued

#### 2- ACCIDENT/INCIDENT INFORMATION

Date of Accident: June 13, 2017    Time: 11 a.m.

Accident Location: 4301 13th St NW, Washington DC 20011

Detailed Description of Accident (use additional sheet if necessary): Sexual assault, Interference w/ police investigation, Title IX failure, due diligence, etc.

Witness name(s) and Contact Information: _____

Did the Police Investigate the Accident? Yes___ No___    Police Report# Not provided
1. Police failed to properly investigate rape allegation

## 6- (DC GOVERNMENT VEHICLE)

Make: _____ Year: _____ Model: _____ License Plate#: _____

Name and Title of Driver: _____

Government Agency Involved: _____

BY SIGNING THIS DOCUMENT, I ATTEST THE INFORMATION TO BE TRUE TO THE BEST OF MY KNOWLEDGE.

Date: 12/13/2017

Please also include the following if relevant to your claim:
1. Any police or other reports related to the incident
2. Documents showing ownership at the time of the damage and original cost of damaged items
3. Estimates for repairs (include two for vehicular damage) and photos of any damages.
4. Proof of payment for repairs made to the vehicle
5. Medical bills and/or medical reports

WARNING: It is a crime to provide false or misleading information to the District Government, or to any department or agency thereof, any claim upon or against the District of Columbia, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent. Such an act is subject to imprisonment not more than one year and assessed a fine of not more than $100,000 for each violation.

441 4th Street NW, Suite 800S, Washington DC 20001           Office: 202-727-8600 ◊ Fax: 202-727-8319