**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JANE DOE, by and through<br>her next friend, JULIE DOE; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.  1:18-cv-02181 |
| v. | ) | |
| | ) | Honorable Amy Berman Jackson |
| THE DISTRICT OF COLUMBIA, | ) | |
| a Municipal Corporation; and | ) | |
| AQUEELHA JAMES, individually | ) | |
| And as an agent of DISTRICT OF | ) | |
| COLUMBIA; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER DENYING DEFENDANT DISTRICT OF COLUMBIA'S**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND**
**FOR SUMMARY JUDGMENT AND DENYING DEFENDANT**
**AQUEELHA JAMES'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Plaintiff Jane Doe, having filed her Opposition to Defendant District of Columbia's

Motion to Dismiss Plaintiffs' Complaint and Motion for Summary Judgment and Defendant

Aqueelha James's Motion to Dismiss Plaintiffs' Complaint, and the Court having read the same,

now DENIES the Defendants' Motions in their entirety.

**SO ORDERED**, this _____ day of _____, 2018.


_____
Hon. Amy Berman Jackson, U.S. District Judge


Copies to:

Counsel of record.