THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, by and through her
  next friend, JULIE DOE,

      *Plaintiff,*

v.

DISTRICT OF COLUMBIA, et al.

      *Defendant.*

C.A. No. 1:18-CV-2181 (ABJ)

## DECLARATION OF JULIE DOE

I, Julie Doe, next friend of Jane Doe in the above-captioned case, hereby state the following, which is based upon my personal knowledge and first-hand observation:

1. On December 13, 2017, I personally appeared at the DC Office of Risk Management at 441 4th Street NW, Suite 800S, Washington, D.C. 20001 for the purpose of filing notice of my intent to make a claim against the District on behalf of my daughter, Jane Doe, for injuries she endured as a result of a sexual assault at Roosevelt High School on June 13, 2017. I was not represented by counsel at this time.

2. Upon arriving at the DC Office of Risk Management, I was assisted in filling out a form titled "Claim Against the Government of the District of Columbia," which is attached as Exhibit A, by an employee of that office. I had previously obtained this form from the DC Office of Risk Management. I do not recall this employee's name or any of her features, other than that she was an African-American woman. Upon my request, this employee instructed me in what information I needed to provide in order to comply with the District's notice requirements.



3. I filled out the form provided to me by the DC Office of Risk Management, attached as Exhibit A, on December 13, 2017, in the presence and with the assistance of one of its employees.

4. In addition to the information contained on the form, I also provided this employee with a photograph of a mark left on my daughter's neck from the assault (attached as Exhibit B), as well as a copy of the business card of the Metropolitan Police Department detective who spoke with me following my report of the incident (attached as Exhibit C). I was assured by this employee that these items would be attached to my claim.

5. Following my completion of the form attached as Exhibit A, I was never subsequently contacted by any employee of the District of Columbia government for any follow-up investigation, nor did anyone from the District of Columbia government ever request additional information from me regarding this incident. I therefore believed that I had fulfilled my obligation to provide notice to the District of Columbia of a possible claim against it.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing information is true and correct.

Executed on: 11-15-2018    By: _____
              Date                    Julie Doe



# DIS&#xfffd;RICT OF COLUMBIA GO&#xfffd;ERNMENT
## DC OFFICE OF RISK MANAGEMENT
### Tort Liability Division

**Jed Ross**
**Chief Risk Officer**

## CLAIM AGAINST THE GOVERNMENT OF THE DISTRICT OF COLUMBIA

### PLEASE PRINT AND COMPLETE THE FOLLOWING QUESTIONS.

### TYPE OR PRINT ALL INFORMATION CLEARLY

### YOU MAY USE ADDITIONAL PAGES IF NECESSARY.

## PERSONAL INJURY DAMAGE

### 1-PERSONAL INFORMATION

Last Name of Claimant      First Name

Social Security # (optional)      Telephone

Fax#

*SSN or Tax ID not required to file a claim but required if payment is issued

### 2- ACCIDENT/INCIDENT INFORMATION



Date of Accident: June 13, 2017      Time: 11 a.m.

Accident Location: 4301 13th St NW, Washington DC 2001)

Detailed Description of Accident (use additional sheet if necessary): Sexual assault, interference w/ police investigation, Title 1X failure, due diligence, etc.

Witness name(s) and Contact Information: _____

Did the Police Investigate the Accident? Yes___ No___      Police Report# Not provided
1) Police failed to properly investigate rape allegation

PLAINTIFF'S EXHIBIT
1, A
ALL-STATE LEGAL

## 6- (DC GOVERNMENT VEHICLE)

Make: _____ Year: _____ Model: _____ License Plate#: _____

Name and Title of Driver: _____

Government Agency Involved: _____

BY SIGNING THIS DOCUMENT, I ATTEST THE INFORMATION TO BE TRUE TO THE BEST OF MY KNOWLEDGE.

Date: 12/13/2017

**Please also include the following if relevant to your claim:**
1. **Any police or other reports related to the incident**
2. **Documents showing ownership at the time of the damage and original cost of damaged items**
3. **Estimates for repairs (include two for vehicular damage) and photos of any damages.**
4. **Proof of payment for repairs made to the vehicle**
5. **Medical bills and/or medical reports**

**WARNING:** It is a crime to provide false or misleading information to the District Government, or to any department or agency thereof, any claim upon or against the District of Columbia, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent. Such an act is subject to imprisonment not more than one year and assessed a fine of not more than $100,000 for each violation.

441 4th Street NW, Suite 800S, Washington DC 20001          Office: 202-727-8600 ◊ Fax: 202-727-8319





METROPOLITAN POLICE DEPARTMENT
WASHINGTON, D.C.

DETECTIVE
**MALACHI SUGGS, III**
BADGE # D2-1700

DET. ALVARENGA 202 302-2392

YOUTH AND FAMILY SERVICES DIVISION
PHYSICAL/SEXUAL ABUSE UNIT
202 HAYES ST. N.E.
WASHINGTON, D.C. 20019

malachi.suggs@dc.gov
(202) 576-6155 desk
(202) 306-4373 cell

★ ★ ★

**PLAINTIFF'S EXHIBIT**

1.C

ALL-STATE LEGAL®

CCN #17101356 – Event # 17101356 Pub. .ncident Packet

Metropolitan Police Department

## CCN #17101356 – PUBLIC INCIDENT REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME – EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Jun 14, 2017 22:50 | Fourth District / 404 | Jun 13, 2017 12:30 – Jun 13, 2017 13:30 | |

| RESPONDING OFFICER | | WEATHER | |
|---|---|---|---|
| Jenny Alvarenga (#8673) – MPD | | Clear | |

ASSISTING OFFICER (ASSIST TYPE)

| TELETYPE DATE / TIME | TELETYPE # | WHO NOTIFIED TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| | | | ☐ YES ■ NO | ☐ YES ■ NO |

## REPORTING PERSON

NAME

HOME ADDRESS

## OFFENSE #1 – 17101356

| OFFENSE | OFFENSE COMPLETION |
|---|---|
| Sex Abuse- Misd (22DC3006) | ■ COMPLETED ☐ ATTEMPTED |

OFFENSE CASE STATUS

Closed (Jun 28, 2017)

OFFENSE LOCATION

ROOSEVELT HIGH SCHOOL / ROOSEVELT STAY HIGH SCHOOL, 4301 13TH STREET NW, WASHINGTON, DC 20011  **Type:** School – College/ University  **Public /Private:** Public  **PSA:** 404  **District:** Fourth District  **Stats:** School Zone

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| School - College/ University | Inside |

LOCATION DESCRIPTION

Restroom located inside of school

| AGGRAVATED ASSAULT FACTORS/HOMICIDE FACTORS | OFFENSE PROPERTIES |
|---|---|

HATE BIAS/MOTIVIATION

WEAPON/FORCE INVOLVED

Personal Weapons (Hands / Feet),

| CRIMINAL ACTIVITIES | MODUS OPERANDI |
|---|---|

| FORCED ENTRY | # OF PREMISES | SECURITY SYSTEM | CARGO THEFT |
|---|---|---|---|
| ☐ YES ☐ NO | | | ☐ YES ☐ NO |

| NEGLIGENT MANSLAUGHTER CIRCUMSTANCE | BUILDING INHABITED (ARSON) |
|---|---|

## PROPERTY & ITEMS

## CCN #17101356 – PUBLIC NARRATIVE

C1 disclosed that S1 forced her in the male restroom and into a bathroom stall. S1 then kissed her neck causing a passion mark and touched her buttocks without her consent.

Case is being investigated by Youth and Family Services Division.



PLAINTIFF'S EXHIBIT

ALL-STATE LEGAL®

2