UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | 19-cv-2181 (ABJ) |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO SEAL RECORDS

Pursuant Local Rule 5.1(h)(1) and the protective order entered in this case on March 18, 2020 [35] (Order), Defendant District of Columbia (the District) moves to seal Defendant's exhibits 13 [77-4], 15 [77-6], 16 [77-7], and 17 [77-8] under the Order. While the text of the exhibits contains no confidential information, the file extension when viewed through PACER reveals confidential information. Accordingly, for good cause shown, the Court should seal PACER entries 77-4, 77-6, 77-7, and 77-8. A memorandum of points and authorities and proposed order are attached.

Date:  April 11, 2022     Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132

        Chief, Civil Litigation Division, Section I

        */s/ Aaron Finkhousen*
        KERSLYN D. FEATHERSTONE
        D.C. Bar No. 478758
        Senior Assistant Attorney General
        AARON FINKHOUSEN
        D.C. Bar No. 1010044
        Assistant Attorney General
        400 6th Street, N.W.
        Washington, D.C. 20001
        (202) 724-6600; 202) 724-7334 (direct)
        (202) 741-8924; (202) 730-0492 (fax)
        kerslyn.featherstone@dc.gov;
        aaron.finkhousen@dc.gov

        *Counsel for Defendant District of Columbia*

## **LCvR 7(m)**

As required under Local Civil Rule 7(m), undersigned counsel reached out to Plaintiff Jane Doe and Defendant Aqueela James' counsel about the relief sought in this motion.   All parties consent to the relief sought herein.

        */s/ Aaron Finkhousen*
        AARON FINKHOUSEN
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA**, *et al.*,<br><br>*Defendants*. | **19-cv-2181 (ABJ)** |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO SEAL RECORDS

In support of its motion to seal records, Defendant District of Columbia (the District) submits this memorandum of points and authorities in support of its motion.

### INTRODUCTION

Good cause exists to grant this motion. The information contained in the District's exhibits filed on the public record is confidential and should not be made public. These exhibits were redacted before filing but the confidential information can still be seen on PACER. No party will be prejudiced should this motion be granted.

### FACTS

This lawsuit stems from Plaintiff Jane Doe's allegations that she was sexually assaulted while at Roosevelt High School and the District and Defendant Aqueela James are responsible for her damages under Title IX and at common law for Intentional Infliction of Emotional Distress. *See* Compl. [3]. *See also* 9/24/2019 Minute Order. On April 7, 2022, the District filed its Reply to Jane Doe's Opposition to its Motion for Summary Judgment and its Opposition to

Jane Doe's Partial Motion for Summary Judgment [77, 78]. Included with its filing on April 7, 2022, were sensitive and confidential documents which were redacted. But a review of PACER shows that the confidential information in the filed exhibits can be viewed. The District now moves to file these exhibits under seal pursuant to LCvR 5.1 and the protective order entered in this case on March 18, 2020 [35].

## LEGAL STANDARD

Under LCvR 5.1(h)(1), "[a]bsent statutory authority, no case or document may be sealed without an order from the Court…." Under the Protective Order in this case, "[i]f a document that contains "Confidential Information" is filed with the Court, the filing Party shall redact personally identifiable information from the Confidential Information. If a Party wishes to file an unredacted version of any Confidential Information with the Court, that Party will file a motion for leave to file such information under seal that complies with this Court's precedent and local rules, requesting the Court's permission for filing the Confidential Information under seal." *See* Protective Order at 3-4 [35].

## ARGUMENT

On April 7, 2022, the District redacted confidential information from its exhibits 13 [77-4], 15 [77-6], 16 [77-7], and 17 [77-8] before they were filed but the confidential information can still be seen on PACER. Thus, the District believes that good cause exists to have these documents filed under seal pursuant to LCvr 5.1(h)(1) and the Protective Order entered in this case on March 18, 2020 [35]. Granting this motion is consistent with statutory authority and will not prejudice any party.

## CONCLUSION

For these reasons, the Court should grant the District's motion.

Date: April 11, 2022

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

*/s/ Aaron Finkhousen*
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
AARON FINKHOUSEN
D.C. Bar No. 1010044
Assistant Attorney General
400 6th Street, N.W.
Washington, D.C. 20001
(202) 724-6600; 202) 724-7334 (direct)
(202) 741-8924; (202) 730-0492 (fax)
kerslyn.featherstone@dc.gov;
aaron.finkhousen@dc.gov

*Counsel for Defendant District of Columbia*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>　　　*Plaintiffs*,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　*Defendants*. | 19-cv-2181 (ABJ) |

## ORDER

Upon consideration of Defendant District of Columbia's (the District) Consent Motion to Seal Records (Motion), and the entire record, it is this __ day of _____, 2022,

**ORDERED:** that the Motion is **GRANTED** for the reasons set forth in the motion; and it is,

**FURTHER ORDERED:** that Docket entries [77-4]. [77-6], [77-7], and [77-8] shall be sealed; and it is,

**SO ORDERED**.

_____
JUDGE AMY BERMAN JACKSON
U.S. District Court for the District of Columbia