UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA**, *et al.*,<br><br>        *Defendants*. | 18-cv-2181 (ABJ) |

<u>NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL</u>

Will the Clerk of the Court withdraw the appearance of Kerslyn D. Featherstone, Senior Assistant Attorney General, as counsel for Defendant District of Columbia (the District) in the above-titled matter.

Dated: August 11, 2022            Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Patricia Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ *Kerslyn D. Featherstone*
KERSLYN FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
Office of the Attorney General
Civil Litigation Division, Section I
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6600 (direct)
Email: kerslyn.featherstone@dc.gov
*Counsel for Defendant District of Columbia*