UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 18-2181 (ABJ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**ORDER**

Pursuant to Federal Rules of Civil Procedure 56 and 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that plaintiffs' cross-motion for partial summary judgment [Dkt. # 72] is **GRANTED**, and defendants' motions for summary judgment [Dkt. # 65, Dkt. # 66, and Dkt. # 68] are **GRANTED**. This is a final appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE: September 14, 2023