UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*, <br><br>　　Plaintiffs, <br><br>　　v. <br><br>DISTRICT OF COLUMBIA, *et al.*, <br><br>　　Defendants. | Civil Action No. 1:18-cv-02181-ABJ |

## JOINT STATUS REPORT

　　Plaintiffs Jane Doe and Julie Doe and Defendants the District of Columbia (the District) and Aqueelha James (collectively, the Parties) respectfully submit the following Joint Status Report in response to the Court's December 8, 2025 Minute Order.  The Parties are still evaluating the possibility of settlement, the potential for mediation, and the scope of any discovery that may be necessary before trial.  As indicated in the last status report, the Parties anticipate that limited expert discovery may be necessary if the case goes to trial; the Parties therefore hope to exhaust any possibility of settlement before incurring those costs.  To that end, the Parties jointly request that the Court order the Parties to submit another joint status report proposing a schedule for further proceedings on or before February 9, 2026.

　　If the Parties are not able to make progress toward settlement by that time, the Parties' status report will include a proposed schedule for further proceedings.

Date: January 9, 2026.

　*/s/ Kasey Murray*
　KOONZ MCKENNEY JOHNSON

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

{01491523;v1}

| | |
|---|---|
| & DEPAOLIS LLP<br>5335 Wisconsin Avenue, NW, Suite 330<br>Washington, D.C. 20015<br>Phone: (202) 659-5503<br><br>Fax: (202) 785-3719<br>Email: kmurray@koonz.com<br>*Counsel for Plaintiffs* | CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Steven Rubenstein*<br>STEVEN N. RUBENSTEIN [1013094]<br>Chief, Civil Litigation Division, Section V<br><br>*/s/ Aaron Finkhousen*<br>AARON FINKHOUSEN [1010044]<br>Assistant Attorney General<br>400 6th Street NW<br>Washington, D.C. 20001<br>Phone: (202) 717-1248<br><br>*Counsel for Defendant District of Columbia*<br><br>SETH ROSENTHAL<br>Chief Deputy Attorney General<br><br>FERNANDO AMARILLAS<br>Assistant Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section<br><br>*/s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section<br><br>*/s/ Mateya B. Kelley*<br>MATEYA B. KELLEY [888219451]<br>AMANDA C. PESCOVITZ [1735780]<br>Assistant Attorneys General<br>Civil Litigation Division<br>400 6th Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 724-7854<br>Email: mateya.kelley@dc.gov<br><br>*Counsel for Defendant Aqueelha James* |