**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE,** *et al.***,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA,** *et al.***,** <br><br> **Defendants.** | <br><br><br><br> **Civil Action No. 1:18-cv-02181-ABJ** |

**JOINT STATUS REPORT**

Plaintiffs Jane Doe and Julie Doe and Defendants the District of Columbia (the District) and Aqueelha James (collectively, the Parties) respectfully submit the following Joint Status Report in response to the Court's March 10, 2026 Minute Order. The Parties have engaged in some settlement discussions but are still evaluating whether and at what juncture mediation will be productive. On February 20, 2026, the Plaintiff provided an informal supplementation of her discovery responses, including an updated document production. The Defendants have evaluated this information, and the Parties discussed this evaluation on April 8, 2026. The Parties are still considering whether a mediation will be productive. As indicated in previous status reports, the Parties anticipate that a formal limited supplementation of discovery and limited expert discovery may be necessary if the case goes to trial; the Parties therefore hope to exhaust any possibility of settlement before incurring those costs. To that end, the Parties jointly request that the Court order the Parties to submit another joint status report proposing a schedule for further proceedings on or before May 9, 2026.

The Parties are not submitting a proposed schedule for further proceedings at this time.

Date: April 9, 2026.                              Respectfully submitted,

                                                 BRIAN L. SCHWALB
 /s/ Kasey Murray                                Attorney General for the District of Columbia
 KOONZ MCKENNEY JOHNSON
  & DEPAOLIS LLP                                 CHAD COPELAND
 5335 Wisconsin Avenue, NW, Suite 330            Deputy Attorney General
 Washington, D.C. 20015                          Civil Litigation Division
 Phone: (202) 659-5503


 Fax: (202) 785-3719                             /s/ Steven Rubenstein
 Email: kmurray@koonz.com                        STEVEN N. RUBENSTEIN [1013094]
 Counsel for Plaintiffs                          Chief, Civil Litigation Division, Section V

                                                 /s/ Aaron Finkhousen
                                                 AARON FINKHOUSEN [1010044]
                                                 Assistant Attorney General
                                                 400 6th Street NW
                                                 Washington, D.C. 20001
                                                 Phone: (202) 717-1248

                                                 Counsel for Defendant District of Columbia

                                                 SETH ROSENTHAL
                                                 Chief Deputy Attorney General

                                                 FERNANDO AMARILLAS
                                                 Assistant Deputy Attorney General
                                                 Civil Litigation Division

                                                 /s/ Matthew R. Blecher
                                                 MATTHEW R. BLECHER [1012957]
                                                 Chief, Civil Litigation Division, Equity Section

                                                 /s/ Honey Morton
                                                 HONEY MORTON [1019878]
                                                 Assistant Chief, Equity Section

                                                 /s/ Mateya B. Kelley
                                                 MATEYA B. KELLEY [888219451]
                                                 AMANDA C. PESCOVITZ [1735780]
                                                 Assistant Attorneys General
                                                 Civil Litigation Division
                                                 400 6th Street, NW
                                                 Washington, D.C. 20001

2

2

Phone: (202) 724-7854
Email: mateya.kelley@dc.gov

*Counsel for Defendant Aqueelha James*

2