UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendants.** | **Civil Action No. 1:18-cv-02181-ABJ** |

## JOINT STATUS REPORT

Plaintiff and Defendants the District of Columbia (the District) and Aqueelha James (collectively, the Parties) respectfully submit the following Joint Status Report in response to the Court's April 10, 2026 Minute Order.

The parties have had additional frank and candid discussions regarding settlement. The parties believe further discussions would benefit from mediation. Consequently, the parties request that the Court refer the case to the Circuit Mediation Program for mediation.

Date: May 8, 2026.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Kasey Murray*
KOONZ MCKENNEY JOHNSON
 & DEPAOLIS LLP
5335 Wisconsin Avenue, NW, Suite 330
Washington, D.C. 20015
Phone: (202) 659-5503

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

Fax: (202) 785-3719
Email: kmurray@koonz.com
*Counsel for Plaintiffs*

*/s/ Steven Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division, Section V

1

*/s/ Aaron Finkhousen*

AARON FINKHOUSEN [1010044]
Assistant Attorney General
400 6th Street NW
Washington, D.C. 20001
Phone: (202) 717-1248

*Counsel for Defendant District of Columbia*

SETH ROSENTHAL
Chief Deputy Attorney General

FERNANDO AMARILLAS
Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*

MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*

HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Mateya B. Kelley*

MATEYA B. KELLEY [888219451]
AMANDA C. PESCOVITZ [1735780]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-7854
Email: mateya.kelley@dc.gov

*Counsel for Defendant Aqueelha James*

2