**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
JANE DOE, *et al.*,                     )
                                        )
                    Plaintiffs,         )
                                        )
        v.                              )     Civil Action No. 18-2181 (ABJ)
                                        )
DISTRICT OF COLUMBIA, *et al.*,         )
                                        )
                    Defendants.         )
_____)

## ORDER

With the consent of the parties on May 8, 2026, *see* Joint Status Report [Dkt. # 102], it is

**ORDERED** that this matter is referred to the Court's Mediation Program to commence as of the

date of this order.  Mediation efforts will conclude by September 1, 2026.  It is **FURTHER**

**ORDERED** that if the case settles in whole or in part, the parties must immediately advise the

Court of the settlement by filing a stipulation.  If the matter has not been resolved in the interim,

the parties must submit a report to this Court on the status of the mediation by September 1,

2026.

The case is STAYED pending the close of mediation.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE:  May 12, 2026