**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, *et al.*,**<br><br>**Defendants.** | **No. 1:18-cv-02181-ABJ** |

## JOINT MOTION FOR EXTENSION OF MEDIATION PERIOD

Plaintiff and Defendants District of Columbia (the District) and Aqueelha James (collectively, "the Parties") jointly move the Court for an extension of the mediation period, currently set to close on September 1, 2026, until September 4, 2026.

On May 12, 2026, the Court referred this matter to the circuit mediation program at the request of the Parties. *See* May 12, 2026 Order [103]. Under that Order, mediation is to "conclude by September 1, 2026," at which time the Parties are to file a joint status report as to the state of their mediation efforts.

The Parties met with the assigned mediator on August 6, 2026. While the Parties were unable to reach an agreement at that time, the session was productive, and the Parties agreed to a further mediation session on September 1, 2026. For this reason, the Parties jointly move for a brief extension of the mediation period to allow the Parties to complete mediation and submit their joint status report to the Court on September 4, 2026.

Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority. A proposed order follows, as required by LCvR 7(c).

Date: August 31, 2026.

*/s/ Kasey Murray*
KOONZ, MCKENNEY, JOHNSON,
& DEPAOLIS LLP
5335 Wisconsin Avenue NW, Suite 330
Washington, D.C. 20015
Phone: (202) 659-5503
Fax: (202) 785-3719
Email: kmurray@koonz.com

*Counsel for Plaintiffs*

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Steven Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division, Section V

*/s/ Aaron Finkhousen*
AARON FINKHOUSEN [1010044]
Assistant Attorney General
400 6th Street NW
Washington, D.C. 20001
Phone: (202) 717-1248

*Counsel for Defendant District of Columbia*

SETH ROSENTHAL
Chief Deputy Attorney General

FERNANDO AMARILLAS
Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Amanda C. Pescovitz*
MATEYA KELLEY [888219451]
AMANDA C. PESCOVITZ [1735780]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7495
Email: amanda.pescovitz1@dc.gov

*Counsel for Defendant Aqueelha James*