**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, *et al.*,**<br><br>**Defendants.** | **No. 1:18-cv-02181-ABJ** |

**ORDER**

Upon consideration of the Joint Motion for Extension of Mediation Period, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that mediation efforts will conclude by September 4, 2026; and it is further

**ORDERED** that the parties will submit a report to this Court on the status of the mediation by September 4, 2026.

**SO ORDERED**.

Date: ____________________

____________________________________________
HON. AMY BERMAN JACKSON
United States District Judge